**Exhibit A to the Complaint**

**Location:** Windsor Locks, CT  
**Total Works Infringed:** 27  
**IP Address:** 32.214.60.231  
**ISP:** Frontier Communications

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 373FFE7151B0AA1820B2496A8CDA6BD4B2679A84 | Blacked | 11/07/2018 07:10:48 | 11/06/2018 | 11/25/2018 | PA0002136603 |
| 2 | 289F38E6A6C0E8275417C024BB4454E9D3743959 | Vixen | 11/07/2018 03:49:41 | 10/26/2018 | 12/09/2018 | 17210310412 |
| 3 | 4D974878B09C6B9EEFEF8DB2A3349EE8FD961613 | Blacked Raw | 07/17/2018 01:42:29 | 03/23/2018 | 04/17/2018 | PA0002116746 |
| 4 | 51F9EFE93A4D9A868005F2279F8C8DD395033FD5 | Vixen | 11/06/2018 02:07:20 | 11/05/2018 | 11/25/2018 | PA0002136632 |
| 5 | 5660F48100513A9838A18139BB71D78F7DF67508 | Blacked | 09/23/2018 13:43:49 | 09/07/2018 | 10/16/2018 | PA0002127772 |
| 6 | 5D366EF5DB4D9F9811CAE5A3525D9885AD2F1AB7 | Vixen | 08/04/2018 19:23:05 | 08/02/2018 | 09/01/2018 | PA0002119574 |
| 7 | 77899E66E5BBEC506F66D8DEF010F12FA70E4051 | Tushy | 08/21/2018 13:31:19 | 08/19/2018 | 09/05/2018 | PA0002134998 |
| 8 | 82FD0E40B5E5B6DD4E9BE756C6580951ACDB8BE4 | Vixen | 07/17/2018 00:36:53 | 07/08/2018 | 07/26/2018 | PA0002112152 |
| 9 | 8A9C9006BBAC3C3C4E8218D15024143957BBD162 | Vixen | 07/19/2018 03:37:52 | 07/18/2018 | 09/01/2018 | PA0002119684 |
| 10 | 92E599697AB6D37A03EBDE90BB7737C8F990B915 | Blacked Raw | 10/25/2018 10:49:41 | 10/24/2018 | 11/25/2018 | PA0002137640 |
| 11 | 92E5C1BF4897DD1C0C7519B2B31314C694BDA4EF | Blacked | 09/19/2018 16:55:31 | 08/28/2018 | 10/16/2018 | PA0002127773 |
| 12 | 93920FE2C4B8E8E68C15A79E77683610A54E86C6 | Blacked | 09/28/2018 13:44:18 | 09/27/2018 | 11/01/2018 | 17093717993 |
| 13 | 9B5C466969F6C9458EAC22E30E840902BC7A7640 | Blacked | 10/03/2018 09:51:53 | 10/02/2018 | 10/16/2018 | PA0002127785 |
| 14 | A3593F3E6123CE73A673554FA4F9DEF54A9ACC62 | Vixen | 09/30/2018 04:16:42 | 05/09/2018 | 06/19/2018 | PA0002126667 |
| 15 | A425EC62A920B203447519B21B9C38CC80DF58A3 | Blacked | 09/21/2018 14:36:31 | 09/12/2018 | 11/01/2018 | 17093717893 |
| 16 | ABA5755CF3CFF556F004407A5647BF84830BAD5B | Vixen | 09/20/2018 06:53:37 | 08/27/2018 | 10/16/2018 | PA0002127789 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | B5B1C18300DCD9649AEB86EA75C6CEA4760E71C6 | Blacked Raw | 07/16/2018 18:34:40 | 05/12/2018 | 05/24/2018 | PA0002101380 |
| 18 | BA5FB49FEC609C1E9B71313D5F5FE17EBA8B257E | Blacked | 08/14/2018 13:04:43 | 08/13/2018 | 09/05/2018 | PA0002134995 |
| 19 | C96E913F59D26C662EAD9324A625C7864EAB7738 | Blacked Raw | 09/19/2018 14:27:42 | 09/09/2018 | 10/16/2018 | PA0002127792 |
| 20 | D2121F9F7434C1B81DD9CFDB11201DD03492372F | Vixen | 09/19/2018 13:20:22 | 08/17/2018 | 09/01/2018 | PA0002119582 |
| 21 | D2E9EA77F04292736347A9CE18D6039E4F327DC2 | Blacked Raw | 09/19/2018 15:40:54 | 08/30/2018 | 10/16/2018 | PA0002127777 |
| 22 | D86CF8CE6AE6320CF2F612FFB99145F7E89B8EAF | Blacked | 09/21/2018 02:29:30 | 09/17/2018 | 10/16/2018 | PA0002127778 |
| 23 | DFE2270AE1CEF9626277E4881D2B98E547BDDEBA | Blacked | 07/15/2018 21:18:23 | 07/14/2018 | 08/07/2018 | PA0002131895 |
| 24 | E0EABE86D73ABC9BF3231DAE3D4E1FEC4793445B | Blacked Raw | 09/30/2018 01:55:14 | 09/29/2018 | 11/01/2018 | 17093717843 |
| 25 | F33791AC25F5612691AB8BEE5C0FF03A7F563BD8 | Blacked | 08/10/2018 17:04:19 | 08/08/2018 | 09/01/2018 | PA0002119598 |
| 26 | F57C065ED36A9B16042BC9E695682DAF7713E9E2 | Tushy | 07/16/2018 09:50:12 | 04/06/2018 | 06/19/2018 | PA0002126674 |
| 27 | F8DE3241AC7DB9DFACFC61651B17ABB465D8F7D1 | Blacked Raw | 09/21/2018 01:06:20 | 09/19/2018 | 11/01/2018 | 17093752155 |